WILL OF BAIN : BAIN and others, Appellants, vs. CRABB, Executrix, Respondent.

For the appellants: *Martin, Clifford & Dilweg* of Green Bay.

For the respondent: *Max H. Strehlow* and *Verne C. Lewellen,* both of Green Bay.

*By the Court.*—Judgment affirmed.

SCHULTZ, Administrator, Respondent, vs. SPAIN and another, Appellants.

For the appellants: *Lockney, Lowry & Hunter* of Waukesha.

For the respondent: *Harold W. Hartwig* of Watertown, attorney, and *George A. Hartman* of Juneau of counsel.

*By the Court.*—Judgment affirmed.